IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DON LEE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br>Plaintiff,<br><br>-vs-<br><br>ACTIVE POWER, INC., STEPHEN R. FIFE, DOUG MILNER,<br>Defendant. | Case No. A-13-CA-797-SS |

## ORDER

IT IS ORDERED that the parties confer and submit a proposed scheduling order for the Court's consideration by **July 23, 2014,** pursuant to Local Rule CV-16(c).  A form of scheduling order is available at http://www.txwd.uscourts.gov/Rules/StandingOrders/Austin/sched-ss.pdf.  Failure to do so may result in the Court's entering its own scheduling order with expedited deadlines.

SIGNED this the 2nd day of July 2014.

_____
UNITED STATES DISTRICT JUDGE