Filed  5/15/15

Clerk, U. S. District Court
Western District of Texas

By

Deputy

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

DON LEE, INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED,
     Plaintiff,
     vs.
ACTIVE POWER, INC., STEVEN R. FIFE, DOUG
MILNER, and HUAN WANG,
     Defendants.

**Civil Action No.: 13-cv-797-SS**



~~[PROPOSED]~~ ORDER

Having considered the moving papers on Class Representatives' Motion for an Award of Attorneys' Fees and Reimbursement of Expensesand all other matters presented to this Court, and good cause appearing therefore: **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.      The Court GRANTS Co-Lead Counsel's request for attorneys' fees in the cash amount of one-third of the Settlement Fund ($500,000), as well as reimbursement of reasonable and necessary expenses incurred in the prosecution of the Action in the amount of $25,485.53, together with the interest earned thereon for the same time period and at the rate earned by the Settlement Fund until paid. Said fees shall be allocated among Plaintiffs' Counsel in a manner which, in their good-faith judgment, reflects each counsel's contribution to the institution, prosecution and resolution of the Action. The Court finds that the amount of fees awarded is fair and reasonable in light of the time and labor required, the novelty and difficulty of the case, the skill required to prosecute the case, the experience and ability of the attorneys, awards in similar cases, the contingent nature of the representation and the result obtained for the Class

2.      The Court hereby GRANTS Class Representatives' reimbursement of their reasonable costs and expenses (including lost wages) directly related to their representation of the Settlement Class in the amount of $1,500 each.

SO ORDERED:

Dated: _May 16_____, 2015

_____
**HON. SAM SPARKS**
**UNITED STATES DISTRICT JUDGE**