`

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| DON LEE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>ACTIVE POWER, INC., STEVEN R. FIFE, DOUG MILNER, AND HUAN WANG,<br><br>Defendants. | ) | Civil Action No. 1:13-cv-797-SS<br><br>CLASS ACTION |

**LEAD PLAINTIFF'S MOTION FOR DISTRIBUTION OF CLASS SETTLEMENT FUNDS**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Lead Plaintiff Don Lee ("Lead Plaintiff"), by and through Lead Counsel, The Rosen Law Firm, P.A., hereby moves the Court for an Order: (a) approving the administrative determinations of the Settlement Administrator, Strategic Claim Services ("SCS"), concerning the acceptance and rejection of the Claims submitted as recommended herein and in the Declaration of Josephine Bravata Concerning Administrative Procedures Performed to Process Claims and the Results Thereof ("Bravata Declaration"), and (b) directing payment of the Net Cash Settlement Amount to the Authorized Claimants.

In support of this Motion, Lead Plaintiff submits the following Memorandum of Law, and the Bravata Declaration. Lead Plaintiff respectfully requests that the Court decide the within motion on the papers, and approve and enter the [Proposed] Order concerning the distribution submitted herewith.

Dated: October 2, 2015

Respectfully submitted,

/s/ Jonathan Horne

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (Admitted Pro Hac Vice)
Phillip Kim, Esq. (Admitted Pro Hac Vice)
Jonathan Horne, Esq. (Admitted Pro Hac Vice)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com
Email: jhorne@rosenlegal.com

*Lead Counsel for Plaintiffs*

-and-

**THE PAYNE MITCHELL LAW GROUP**
R. Dean Gresham, Esq. (State Bar No. 24027215)

2911 Turtle Creek Blvd., Suite 1400
Dallas, TX 75219
Tel: (214) 252-1888
Fax: (214) 252 1889
Email: dean@paynemitchell.com

*Liaison Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was forwarded to all counsel of record through the Court's ECF system on October 2, 2015.

/s/ Jonathan Horne